| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Barkett, Rosemary | 2. Court or Organization<br><br>U. S. Court of Appeals, 11th Circuit | 3. Date of Report<br><br>04/26/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>99 N.E. 4th Street<br>Suite 1223<br>Miami, FL 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing Instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/1/79 | State of Florida, Div. of Retirement; Sect. 401(a), IRC |
| 2. 10/1/82 | Aetna Life Ins.; Deferred Comp., Sect. 457, IRC |
| 3. 3/3/87 | Nationwide Life Ins.; Deferred Comp., Sect. 457, IRC |

Barkett, Rosemary

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/26/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | State of Florida Retirement (Aetna & Nationwide) | $11,474.35 |
| 2. 2008 | State of Florida Judicial Retirement | $49,211.34 |
| 3. July 2008 | New York University -- Teaching Appellate Judges Seminar | $1,800.00 |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Florida Supreme Court Historical Society, Inc. | 1/29 - 30/2009 | Tallahassee, Florida | Annual dinner meeting; speech | Transportation, meals |
| 2. | University of Colorado | 3/4 - 6/2009 | Boulder, Colorado | Speech | Transportation, lodging, meals |
| 3. | The American Society of International Law | 3/19 - 20/2009 | Washington, DC | Attend meeting | Transportation, lodging, meals |
| 4. | The American Society of International Law | 03/26 - 27/2009 | Washington, DC | Panel discussion | Transportation, lodging, meals |
| 5. | International Judicial Committee | 4/5 - 9/2009 | Strasbourg, France | Seminar | Lodging, meals |
| 6. | University of California | 4/17 - 19/2009 | Sacramento, California | Moot court | Transportation, lodging, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barkett, Rosemary | 04/26/2010 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | American Bar Association | 5/24 - 6/1/2009 | Dubai/Qatar, United Arab Emirates | Law forum | Transportation, lodging, meals |
| 8. | American Constitution Society | 6/18 - 20/2009 | Washington DC | Speech | Transportation |
| 9. | New York University | 7/12 - 17/2009 | New York, New York | Teaching | Transportation, lodging, meals |
| 10. | Stanford University | 8/13 - 16/2009 | Stanford, California | Speech | Transportation, lodging, meals |
| 11. | Florida State University | 10/26 - 27/2009 | Tallahassee, Florida | Meeting | Transportation |
| 12. | Kids in Need of Defense | 10/29 - 30/2009 | Washington, DC | Panel discussion | Transportation, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/26/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing Instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wachovia Bank (re-mortgage) | Real Estate Mortgage (1/2 owner) | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/26/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. A T & T, Inc. (formerly SBC & before that Pacific Telesis) | A | Dividend | K | T | | | | | |
| 2. Altera | A | Dividend | K | T | | | | | |
| 3. Amgen, Inc. (Amgn) | | None | L | T | | | | | |
| 4. Apple | | None | J | T | | | | | |
| 5. Applied Materials | A | Dividend | K | T | | | | | |
| 6. Attl (formerly Firstcom FCLX) | | None | J | T | | | | | |
| 7. Cisco | | None | K | T | | | | | |
| 8. Citicorp (c) formerly Travelers Group | A | Dividend | J | T | | | | | |
| 9. Coca Cola (KO) | A | Dividend | K | T | | | | | |
| 10. Corning, Inc. (GLW) | A | Dividend | K | T | | | | | |
| 11. Dell | | None | J | T | | | | | |
| 12. Walt Disney (DIS) | A | Dividend | J | T | | | | | |
| 13. EMC Corp. | | None | K | T | | | | | |
| 14. Federal National Mortgage Association (Fannie MAE) | | None | J | T | | | | | |
| 15. Fid. Contra Fd FCNTX | | None | K | T | | | | | |
| 16. Hewlett-Packard (HPQ) | A | Dividend | L | T | | | | | |
| 17. Intel Corporation | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/26/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  IBM | A | Dividend | J | T | | | | | |
| 19.  JP Morgan Chase (JPM) | A | Dividend | J | T | | | | | |
| 20.  Nokia Corp. (NOK) | A | Dividend | K | T | | | | | |
| 21.  North. Trust NTRS | A | Dividend | K | T | | | | | |
| 22.  Qualcomm, Inc. (QCOM) | A | Dividend | J | T | | | | | |
| 23.  Research Motion LTD | | None | J | T | | | | | |
| 24.  Texas Instruments | A | Dividend | K | T | | | | | |
| 25.  Live Ops | | None | L | T | | | | | |
| 26.  Aetna Deferred Comp Plan (now ING Life) | D | Dividend | L | T | | | | | |
| 27.  Nationwide | D | Dividend | L | T | | | | | |
| 28.  Skandia now GldnSelect (Am. Skandia transferred into ING) | | None | M | T | | | | | |
| 29.  TRUST #1 (Global Managed Portfolio Level 5 (Citibank) | C | Dividend | N | T | | | | | |
| 30.  IRA #1 (ClearBridge Multi Cap Growth Portfolios (Citibank) | A | Dividend | M | T | | | | | |
| 31.  Citibank Money Market | A | Int./Div. | L | | | | | | |
| 32.  Re-Parcel 1 -Lake Park, FL (1/2 Ownership) | | None | N | W | | | | | |
| 33.  Re-Parcel 2-Key Largo, FL (1/4 ownership) | | None | K | W | | | | | |
| 34.  Re-Parcel 4-Homestead, FL (1/3 ownership) | | None | L | W | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/26/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Re-Parcel 5-Homestead, FL (1/2 ownership) | | None | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/26/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 04/26/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FAL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544